Green *v.* Stone.

---

COGSWELL K. GREEN, RECEIVER OF THE BANK OF NILES, *v.* POMEROY STONE *et al.*

To give this Court jurisdiction, where recovery is sought of the amount of a lost note, it is not necessary that it should have been lost before due.

THE bill in this case was filed to recover the amount of a lost promissory note, for $500, dated March 12th, 1838, and made by the defendant Norton, payable to the defendants Stone and Everts, at the Bank of Niles, ninety days after date, and endorsed by them, and discounted by the bank.   The note was lost after it became due.

*C. W. Lane,* for complainant.

*N. R. Ramsdell,* for defendant Stone.

THE CHANCELLOR.   The note was negotiable, and had been endorsed by the payees.   To give this Court jurisdiction, it is not necessary that it should have been lost

before it was due.   In *Rowley* v. *Ball*, 3 *Cow. R.* 303, and *Poole* v. *Smith*, 1 *Holt R.* 144, it was held a recovery could not be had at law on a lost note, although it was past due when it was lost.

Decree for complainant.